CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
4/5/2019
JULIA C. DUDLEY, CLERK
BY: s/ C. Amos
DEPUTY CLERK

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF VIRGINIA

CASE NO. 6:19CV00017

WILLIAM LEE GRANT II — PETITIONER

VS.

~~U.S. DEPARTMENT OF DEFENSE — RESPONDENT~~

GREGORY K. HARRIS, AUSA
& JOINT CHIEFS OF STAFF — RESPONDENT

CIVIL RIGHTS AND RETALIATION COMPLAINT

28 USC 1346(b)(1)
28 USC 1391(b)(3)
U.S. CONST. AMEND IV ; U.S. CONST. AMEND V ; U.S. CONST. AMEND XIII
U.S. CONST. AMEND XIV

WILLIAM LEE GRANT II
901 WYTHE ROAD
SPRINGFIELD, IL 62702
(217) 726-5269

## QUESTIONS PRESENTED

1. What are the legal ramifications to the United States of America creating a Program to investigate the United States Federal government, and for engineering a person from birth to be an Informant for the Justice Department violating his constitutional rights?

2. Where shall Illinois Governor Bruce Rauner and Chicago Mayor Rahm Emanuel be tried for their acts of treason?

3. Where shall Richard "Dick" Cheney and Donald Rumsfeld be tried for their acts of treason against the United States of America, their invasion of Iraq in violation of International law, and perpetration of War Crimes?

4. Where shall President George W. Bush be tried for treason and War Crimes?

5. Where shall Henry Kissinger be tried for his War Crimes?

6. What tribunal shall prosecute and judge the aforementioned War Criminals?

7. Will this court direct Hillary Rodham Clinton to submit to a DNA test to verify it was her hair was found on the body of Vince Foster?

8. Where shall Richard M. Daley be tried for the murder of Chicago Mayor Harold Lee Washington and public corruption?

9. Where shall (former) Cook County State's Attorney Anita Alvarez be tried for violating the civil rights of African-Americans in Cook County, Illinois and public corruption?

10. Where shall New Jersey Governor Chris Christie stand trial for public corruption?

11. Where shall Michigan Governor Rick Snyder stand trial for public corruption?

12. Where shall former Illinois Governor Pat Quinn be tried for civil rights violations and public corruption?

13. Where shall Illinois 7th Circuit Judge John P. Schmidt be tried for public corruption?

14. WHERE SHALL GREGORY K. HARRIS, RUDGER A. HEATON, AND NIVERSHA HILL STAND TRIAL FOR CONSPIRING AGAINST MR. GRANT?

15. WHERE SHALL DONALD J. TRUMP STAND TRIAL FOR MONEY LAUNDERING?

OPERATION: HOMETOWN GLORY

16. WHERE SHALL THOMAS W. LOATS AND JUSTIN LASENDIS STAND TRIAL FOR SEXUALLY ASSAULTING MR. GRANT?

17. WHERE SHALL MARION "SUGE" KNIGHT JR STAND TRIAL FOR THE MURDER OF CHRISTOPHER "BIGGIE SMALLS" WALLACE?

18. WHERE SHALL LOUIS FARRAKHAN STAND TRIAL FOR THE MURDER OF MALCOLM X?

# STATEMENT OF THE CASE

① THE UNITED STATES DEPARTMENT OF DEFENSE (DoD) CREATED MR. GRANT IN THE BASEMENT OF THE PENTAGON IN 1990 TO BE "THE ~~█████~~ JUDGE" AS TO WHETHER THE VIETNAM WAR CONSTITUTED WAR CRIMES.

② THE JOINT CHIEFS OF STAFF (JCOS) "DROPPED OFF" MR. GRANT IN SPRINGFIELD, IL IN 1992 WITH DR. BILL GRANT AND ARMENTA JOHNSON TO BE BEATEN, ENDURE PSYCHOLOGICAL ~~█████~~ WARFARE, AND TO BE THE DoD's WITNESS TO THE 9/11 TERRORIST ATTACKS.

③ GREGORY K. HARRIS LEFT THE PENTAGON IN THE EARLY 1990's TO ILLEGALLY SURVEIL MR. GRANT FOR THE JCOS BY BRIBING MR. GRANT'S FAMILY, PEERS, TEACHERS, CO-WORKERS, AND SUPERVISORS TO REPORT THE WORDS AND ACTIONS OF MR. GRANT TO GREGORY K. HARRIS.

④ GREGORY K. HARRIS USED THE POWERS OF THE ILLINOIS CENTRAL DISTRICT U.S. ATTORNEY'S OFFICE TO FACILITATE THE ILLEGAL SURVEILLANCE OF MR. GRANT, ~~████~~ THE JCOS "HACKED" MR. GRANT'S CELLULAR PHONE, COMPUTER, AND PLACED MR. GRANT UNDER SATELLITE SURVEILLANCE.

⑤ MR. GRANT WAS FORCED TO STAB DR. GRANT WHEN MR. GRANT TURNED SEVENTEEN (17), OR THE JCOS WOULD HAVE SENT SOMEONE TO KILL DR. GRANT. AUSA GREGORY K. HARRIS UNDERMINED MR. GRANT'S LEGAL DEFENSE.

⑥ IN COLLEGE, MR. GRANT WAS FORCED TO BEGIN "ACTING GAY", OR THE JCOS WOULD SEND SOMEONE TO RAPE MR. GRANT. MR. GRANT WAS FORCED TO SPEND SEVEN (7) YEARS AS A HOMOSEXUAL.

①

7) MR. GRANT WAS HIRED BY THE STATE OF ILLINOIS IN 2011. D.K. HIRNER (ILLINOIS LT. GOVERNOR SHEILA SIMON'S CHIEF OF STAFF) MADE AN AGREEMENT WITH THE JCOS IN THE EARLY 1990's TO HIRE MR. GRANT IN THE FUTURE. D.K. HIRNER HIRED MR. GRANT IN 2011 AS A POLICY ANALYST IN THE OFFICE OF THE ILLINOIS LT. GOVERNOR.

8) ANN L. SCHNEIDER (SECRETARY OF THE ILLINOIS DEPARTMENT OF TRANSPORTATION) MADE AN AGREEMENT WITH THE JCOS IN THE EARLY 1990's TO HIRE MR. GRANT IN THE FUTURE. ANN L. SCHNEIDER HIRED MR. GRANT IN 2012 AS A STAFF ASSISTANT IN 2012 WITH THE ILLINOIS DEPARTMENT OF TRANSPORTATION.

9) MR. GRANT WAS RETALIATED AGAINST FOR FILING A CIVIL RIGHTS COMPLAINT AND AN ETHICS COMPLAINT WITH THE STATE OF ILLINOIS IN 2012.

10) THE RETALIATION CULMINATED IN MR. GRANT NOT BEING ADDED TO THE PAYROLL OF THE ILLINOIS GOVERNOR'S OFFICE, DENIAL OF FEDERAL UNEMPLOYMENT BENEFITS, AND MR. GRANT BEING BLACKLISTED.

11) THE ACTIONS OF THE STATE OF ILLINOIS GAVE CAUSE FOR MR. GRANT TO APPEAR IN FEDERAL COURT.

12) THE U.S. DEPARTMENT OF JUSTICE WAIVED SOVEREIGN IMMUNITY BY REMOVING 16-CV-3245, 17-CV-3261, 19-CV-3001, AND 19-CV-3020 TO FEDERAL COURT.

13) THE ILLINOIS ATTORNEY GENERAL AND U.S. DEPARTMENT OF JUSTICE DEFAULTED IN 16-CV-3245 AND 17-CV-3261, AND FAILED TO DENY MR. GRANT'S ALLEGATIONS.

14. THE U.S. DEPARTMENT OF JUSTICE DEFAULTED IN 19-CV-3001 AND 19-CV-3020, AND FAILED TO DENY MR. GRANT'S ALLEGATIONS.

15. OPERATION: HOMETOWN GLORY IS A DoD DOMESTIC BLACK OPS PROGRAM RUN UNDER THE BANNER OF THE DOJ.

16. GRANDMAS KICK-ASS!

17. THE DoD REMEMBERS 'NAM.

18. THE ILND, ILCD, ILSD, CDCA, WDTX, NDTX, EDTX, NDGA, MARYLAND, NEBRASKA, EDNY, C.F.C., AND FED. CIR. HAVE NOT FOUND ▮▮▮ MR. GRANT'S ALLEGATIONS TO BE: ▮▮▮

28 USC 1915(e)(2)(B)(i),
28 USC 1915(e)(2)(B)(ii), OR
28 USC 1915(e)(2)(B)(iii).

19. THE U.S. COURT OF APPEALS FOR THE SEVENTH CIRCUIT, U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT, U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT, U.S. COURT OF APPEALS FOR THE EIGHTH CIRCUIT, U.S. COURT OF APPEALS FOR THE EIGHTH CIRCUIT, U.S. COURT OF APPEALS FOR THE SECOND CIRCUIT, U.S. COURT OF APPEALS FOR THE FOURTH CIRCUIT, AND U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT HAVE NOT FOUND MR. GRANT'S ALLEGATIONS TO BE:

28 USC 1915(e)(2)(B)(i),
28 USC 1915(e)(2)(B)(ii), OR
28 USC 1915(e)(2)(B)(iii).

▮▮▮ MR. GRANT SEEKS $99 TRILLION IN COMPENSATORY DAMAGES.

20. DISTRICT COURT HAS ▮▮▮ JURISDICTION PURSUANT TO: 28 USC 1346(b)(1) AND 28 USC 1391(b)(3).

[signature] 3/28/2019
William Lee Grant II
901 Wythe Road
Springfield, IL 62702

(217) 726-5069

(3)

21) DONALD RUMSFELD WAS AT AN AIRBASE ON 9/11, AND GAVE A "STAND DOWN" ORDER WITH THE CONSENT OF BUSH AND CHENEY.

22) DICK CHENEY HAD A CONFLICT OF INTEREST IN LOBBYING FOR THE INVASION OF IRAQ.

23) DICK CHENEY MADE $100 MILLION FROM HIS HALLIBURTON STOCK DUE TO THE UNITED STATES' INVASION OF IRAQ.

24) HILLARY RODHAM CLINTON KILLED VINCE FOSTER.

25) HILLARY CLINTON LOBBIED FOR THE 1994 CRIME BILL IN EXCHANGE FOR FUTURE CAMPAIGN CONTRIBUTIONS FROM THE PRIVATE PRISON INDUSTRY. HILLARY RODHAM CLINTON RECEIVED THE CONTRIBUTIONS DURING THE 2016 PRESIDENTIAL GENERAL ELECTION.

26) HILLARY RODHAM CLINTON SENT AMBASSADOR J. CHRISTOPHER STEVENS TO BENGHAZI, LIBYA AS A SUICIDE MISSION TO PREVENT THE AMBASSADOR FROM RELEASING A REPORT ADVOCATING THE DIVERSION OF FUNDS FROM IRAN TO LIBYA.

27) THE CIA KILLED JFK.

28) PHILIP MOUNTBATTEN "ORDERED" THE ASSASSINATION OF DIANA, PRINCESS OF WALES. THE BRITS NEED LOOK AT MI5 OR MI3.

29) RICHARD M. DALEY KILLED CHICAGO MAYOR HAROLD LEE WASHINGTON.

30) RICHARD M. DALEY'S SALE OF CHICAGO'S PARKING METERS IS FRAUD.

31) JAMES R. THOMPSON ASSISTED RICHARD M. DALEY CONCEAL THE MURDER OF CHICAGO MAYOR HAROLD LEE WASHINGTON.

32) JAMES R. THOMPSON FAILED TO PROSECUTE RICHARD J. DALEY FOR PUBLIC CORRUPTION IN EXCHANGE FOR RICHARD J. DALEY SUPPRESSING THE DEMOCRATIC VOTE TO ALLOW THOMPSON TO BECOME GOVERNOR OF ILLINOIS AS A REPUBLICAN.

33) BILL CLINTON IS A SERIAL RAPIST.

34) BRUCE RAUNER BRIBED RAHM EMANUEL TO HIDE NATIONAL SECURITY REPORTS WHILE RAHM EMANUEL WORKED IN THE CLINTON WHITE HOUSE.

35) BRUCE RAUNER ASSISTED RAHM EMANUEL IN MAKING $14 MILLION IN THREE YEARS, UPON LEAVING THE CLINTON WHITE HOUSE. BRUCE RAUNER WENT ON TO MAKE HUNDREDS OF MILLIONS OF DOLLARS THROUGH U.S. DEPARTMENT OF DEFENSE.

36) HENRY KISSINGER IS A WAR CRIMINAL.

37) ANITA ALVAREZ (FORMER COOK COUNTY (ILLINOIS) STATE'S ATTORNEY ENTERED IN TO A CONSPIRACY TO ALLOW CHICAGO COPS TO SHOOT BLACK PEOPLE FOR SPORT WITHOUT FEAR OF CRIMINAL PROSECUTION.

38) AUSA GREGORY K. HARRIS RECRUITED (THEN ILCD U.S. ATTORNEY) RODGER A. HEATON TO CONSPIRE AGAINST MR. GRANT.

39) RODGER A. HEATON CONDUCTED ILLEGAL SURVEILLANCE OF MR. GRANT BY INTERVIEWING MR. GRANT'S FAMILY, PEERS, TEACHERS, CO-WORKERS, AND SUPERVISORS.

40) AUSA GREGORY K. HARRIS RECRUITED NIVEESHA HILL TO ILLEGALLY SURVEIL MR. GRANT BY REPORTING MR. GRANT'S WORDS AND ACTIONS TO AUSA GREGORY K. HARRIS.

41) MR. GRANT HAS A CLAIM UNDER U.S. CONST. AMEND IV; U.S. CONST. AMEND V; U.S. CONST. AMEND XIII; AND U.S. CONST. AMEND XIV.

42) MR. GRANT WAS STOPPED BY THE ILLINOIS STATE POLICE IN 2009 FOR AN IMPROPER LANE CHANGE. MR. GRANT WAS CHARGED WITH DRIVING UNDER THE INFLUENCE (DUI).

43) THE TRAFFIC STOP WAS ENGINEERED BY THE JCOS AND GREGORY K. HARRIS TO STRIP MR. GRANT OF HIS DRIVER'S LICENSE.

44) IL STATE POLICE TROOPER TYLER PRICE WROTE MR. GRANT MULTIPLE DUI TICKETS STEMMING ▇ FROM ONE TRAFFIC STOP.



45) IL STATE POLICE TROOPER TYLER PRICE FAILED TO MIRANDIZE MR. GRANT, AND FAILED TO OBTAIN A WARRANT TO DRAW MR. GRANT'S BLOOD.

46) THE SANGAMON COUNTY (ILLINOIS) STATE'S ATTORNEY'S OFFICE FILED MULTIPLE DUI CASES AGAINST MR. GRANT STEMMING FROM ONE TRAFFIC STOP.

47) MR. GRANT WAS SOBER.

48) AUSA GREGORY K. HARRIS UNDERMINED MR. GRANT'S LEGAL DEFENSE BY CONSPIRING WITH MR. GRANT'S LAWYERS.

49) MR. GRANT'S LAWYERS COULD NOT BRING THEMSELVES TO FILE A MOTION TO DISMISS.

50) WHILE EMPLOYED BY THE STATE OF ILLINOIS, MR. GRANT'S CO-WORKERS, PEERS, AND SUPERVISORS REPORTED MR. GRANT'S WORDS AND ACTIONS TO AUSA GREGORY K. HARRIS.

51) LOUIS FARRAKHAN KILLED MALCOLM X.

52) MARION "SUGE" KNIGHT KILLED "BIGGIE SMALLS (CHRISTOPHER WALLACE)".

53) MARION "SUGE" KNIGHT BRIBED THE LAPD TO CONCEAL SUGE KNIGHT'S INVOLVEMENT.

54) SEAN CARTER IS THE BEST BIG BROTHER A KID COULD ASK FOR.

_William L_ 3/29/2019
William Lee Grant II
901 Wythe Road
Springfield, IL 62702
(217)726-5269

